**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 113 MAL 2024

           Respondent              :

                                   :   Petition for Allowance of Appeal

                                   :   from the Order of the Superior Court

           v.                    :

                                   :

JAMES MICHAEL SAYLOR,           :

                                   :

              Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

       The Application for Remand is **DENIED**.